UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                                    Chapter 11

Bulgarian Bar Inc.,

                                                                    Case No.: 1-22-40264-jmm

        Debtor

--------------------------------------------------------X


## NOTICE OF ADJOURNMENT


**PLEASE TAKE NOTICE** that the Hearing on all matters originally scheduled to be held **on July 27, 2022, at 11:00 A.M., Courtroom 3529, has been adjourned** on consent and will now be held **on July 27, 2022, at 3:00 P.M.**


Dated: Brooklyn,
NY July 26, 2022                                          */s/ Alla Kachan*
                                                                    Alla Kachan, Esq.